# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY  Trustee Name: LYNN HARWELL ANDREWS
Case Name: MOBILE SATELLITE CONNECTION, LLC  Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
For Period Ending: 02/11/22  Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HANCOCK/WHITNEY CHECKING ACCOUNT  Negative balance of $-214.62. (secured to Hancock Whitney, and Brenda Humphreys)  Order Approving Abandonment dated 3-17-21 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. HANCOCK/WHITNEY PPP CHECKING ACCOUNT  (secured to Hancock/Whitney, and Brenda Humphreys)  Order Approving Abandonment dated 3-17-21 | 158.93 | 0.00 | OA | 0.00 | FA |
| 3. ACCOUNT RECEIVABLE (90 DAYS OLD OR LESS)  (secured to Rosewood Capital, Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 3-17-21 | 6,600.00 | 0.00 | OA | 0.00 | FA |
| 4. ACCOUNT RECEIVABLE (90 DAYS OLD OR LESS)  (secured to Rosewood Capital, Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 3-17-21 | 6,600.00 | 0.00 | OA | 0.00 | FA |
| 5. ACCOUNT RECEIVABLE (90 DAYS OLD OR LESS)  (secured to Rosewood Capital, Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 3-17-21 | 6,600.00 | 0.00 | OA | 0.00 | FA |
| 6. ACCOUNT RECEIVABLE (OVER 90 DAYS OLD)  (secured to Rosewood Capital, Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 3-17-21 | 2,250.00 | 0.00 | OA | 0.00 | FA |
| 7. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE  72 POLO SHIRTS WITH LOGO  2 T-SHIRTS  5 BUTTON DOWN SHIRTS  2 JACKETS  (secured to Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 3-17-21  Debtor Claimed Exemption | 1.00 | 0.00 | OA | 0.00 | FA |
| 8. CRAFTSMAN STYLE HUTCH COMPUTER DESK - $1,000.00  DESK CHAIR - WOOD/LEATHER - $200.00  DESK CHAIR - VINYL/PLASTIC - $50.00  4-DRAWER METAL FILING CABINET - $50.00  (secured to Brenda Humphreys, Hancock Whitney and Swift Financial)  Order Approving Abandonment dated 8-24-21 | 1,300.00 | 0.00 | OA | 0.00 | FA |
| 9. L-DESK WITH HUTCH - $500.00; OFFICE CHAIR (ALUM/  CLOTH) - $50.00 | 1,050.00 | 0.00 | OA | 0.00 | FA |

Estate Property Record

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Case No: 20-12079  HAC  Judge: HENRY A. CALLAWAY  
Case Name: MOBILE SATELLITE CONNECTION, LLC  
Trustee Name: LYNN HARWELL ANDREWS  
Date Filed (f) or Converted (c): 08/26/20 (f)  
341(a) Meeting Date: 10/05/20  
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| RUG - $150.00<br>CRAFTSMAN SHELF UNIT - $350.00<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>Order Approving Abandonment dated 8-24-21 | | | | | |
| 10. RECEPTIONIST CORNER DESK - $250.00; LOVESEAT - $150.00; OFFICE CHAIR (ALUM/CLOTH) - $50.00<br>OFFICE CHAIR (ALUM/CLOTH) - $50.00<br>LOW TABLE/GLASS TOP - $35.00<br>FOYER TABLE/GLASS TOP - $75.00<br>DESK CHAIR (BROKEN) N/V<br>3 LARGE ARTWORK -$75.00<br>MAGAZINE RACK (WALL MOUNT) - $25.00<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>Order Approving Abandonment dated 8-24-21 | 710.00 | 0.00 | OA | 0.00 | FA |
| 11. EXECUTIVE DESK - $250.00; COMPUTER DESK WITH HUTCH<br>$350.00; OFFICE CHAIR (ALUM/CLOTH)- $50.00<br>OFFICE CHAIR (ALUM/CLOTH) - $50.00<br>OFFICE CHAIR (ALUM/CLOTH) - $50.00<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>Order Approving Abandonment dated 8-24-21 | 750.00 | 0.00 | OA | 0.00 | FA |
| 12. L-DESK WITH HUTCH - $500.00; 2-DRAWER LATERAL FILE<br>CABINET - $100.00<br>3- DRAWER LATERAL FILE CABINET - $125.00<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>Order Approving Abandonment dated 8-24-21 | 725.00 | 0.00 | OA | 0.00 | FA |
| 13. L-DESK WITH HUTCH -$500.00; L-DESK WITH HUTCH<br>(SOME COSMETIC DAMAGE) - $400.00<br>DESK CHAIR - VINYL/PLASTIC - $50.00<br>DESK CHAIR- VINYL/PLASTIC - $50.00<br>2- DRAWER LATERAL FILE CABINET (SMALL, METAL) - $50.00<br>2- DRAWER LATERAL FILE CABINET (SMALL, METAL) - $50.00<br>5- DRAWER LATERAL FILE CABINET - $250.00<br>NARROW SHELF - $50.00<br>3 X 5 WHITEBOARD - $150.00 | 1,550.00 | 0.00 | OA | 0.00 | FA |

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY
Case Name: MOBILE SATELLITE CONNECTION, LLC

Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) Order Approving Abandonment dated 8-24-21 | | | | | |
| 14. SHIPPING PEANUT HOPPER - $15.00; EQUIPMENT RACK WITH RAILS (6') - $150.00 (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) Order Approving Abandonment dated 8-24-21 | 165.00 | 0.00 | OA | 0.00 | FA |
| 15. 8 5-SHELF METAL/PARTICLE BOARD SHELVES - $600.00 2 ROLLING EQUIPMENT CARTS - $150.00 EQUIPMENT RACK W/ RAILS (6') - $150.00 SHOP STOOL - $15.00 (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 915.00 | 915.00 | | 168.62 | FA |
| 16. OFFICE EQUIPMENT - TYPEWRITER WITH ROLLING CART- $20.00; TOWER COMPUTER W/ MONITOR, KEYBOARD & MOUSE (WON'T UPDATE) - $80.00 TOWER COMPUTER W/MONITOR, KEYBOARD & MOUSE - $100.00 (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) Order Approving Abandonment as to tower computers and any other computers or tablets dated 3-17-21 Order Approving Abandonment dated 8-24-21 as to Typewriter with rolling cart | 200.00 | 200.00 | OA | 0.00 | FA |
| 17. 2003 DIESEL FORD F250 LARIAT CREW (TAG #2P11801A) VIN# 1FTNW20F13EB09420 (Unit #15) MISSING TITLE CERTIFICATE (or secured to Whitney) Runs - :Located at office See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 8,000.00 | 8,000.00 | | 1,200.00 | FA |
| 18. BLACK CAR-HAULER TRAILER (2006 16 ft. Port City Trailer (flat tires) (Located in Silverhill with Ray Heathcoe, 13923 Oswalt Lane, Silverhill, AL 36576, Tel# 251-978-1222) Tag No. 2TR3599A, VIN #4PCU2162561000197 | 1,000.00 | 1,000.00 | | 659.00 | FA |

Estate Property Record

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY
Case Name: MOBILE SATELLITE CONNECTION, LLC

Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Title Certificate. (Have photos) Title Appl No. Q8917862 See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 19. SMALL BLACK UTILITY TRAILER | 500.00 | 500.00 | | 250.00 | FA |
| 10 ft. Port City Trailer, VIN 4PCU1101131000101, Tag No. 2UTA7807 (Title Certificate) (Located at the office) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 20. UTILITY BODY FOR TRUCK | 1,000.00 | 1,000.00 | | 255.00 | FA |
| (Located in Silverhill with Ray Heathcoe, 13923 Oswalt Lane, Silverhill, AL 36576) Tel # 251-978-1222 This is the body for the 2013 International Chassis (Asset #21) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 21. 2013 INTERNATIONAL CHASSIS | 2,500.00 | 2,500.00 | | 2,211.00 | FA |
| VIN 1HTJSSKK7DH339809 - Title Certificate (was in file labeled #3) - Tag No. 2X22181A (Located at office) Utility body (Asset #20) goes on this truck. See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 22. TRAILER #12 - TRAILER WITH 2.4m KU ANTENNA, 125W | 15,000.00 | 15,000.00 | | 2,764.21 | FA |
| Ku-Bankd SSPAs. 2002 Scientific Inc. 16' UTLO trailer, VIN DT91976, Tag No. 2TR3598A (Located at office inside shop) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 23. TRAILER #13 - TRAILER WITH 3.7m RECEIVE ONLY ANTENNA (Blue trailer in the back) | 5,000.00 | 5,000.00 | | 399.00 | FA |
| (Located at the office) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 24. FORKLIFT | 3,500.00 | 0.00 | | 644.98 | FA |
| (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift | | | | | |

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY  Trustee Name: LYNN HARWELL ANDREWS
Case Name: MOBILE SATELLITE CONNECTION, LLC  Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 25. 30 GALLON AIR COMPRESSOR (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 150.00 | 150.00 | | 27.64 | FA |
| 26. MILLER ARC WELDER (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1,250.00 | 1,250.00 | | 230.35 | FA |
| 27. DRILL PRESS (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 50.00 | 50.00 | | 9.21 | FA |
| 28. BAND SAW (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 50.00 | 50.00 | | 9.21 | FA |
| 29. MITRE SAW (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 20.00 | 20.00 | | 3.68 | FA |
| 30. CAR CHARGER (Located at office) (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; | 30.00 | 30.00 | | 5.53 | FA |

Estate Property Record

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY
Case Name: MOBILE SATELLITE CONNECTION, LLC
Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 31. DIESEL GENERATOR ENGINE | 650.00 | 650.00 | | 119.78 | FA |
| (Located at office) | | | | | |
| (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) | | | | | |
| See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 32. DIESEL GENERATOR ENGINE | 650.00 | 650.00 | | 119.78 | FA |
| (Located at office) | | | | | |
| (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) | | | | | |
| See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 33. ENGINE HOIST | 100.00 | 100.00 | | 18.43 | FA |
| (Located at office) | | | | | |
| (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) | | | | | |
| See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 34. LIFE INSURANCE POLICY ON RHEA THOMAS - BENEFICIARY | 1.00 | 1.00 | OA | 0.00 | FA |
| IS MSC - NO CASH VALUE | | | | | |
| Order Approving Abandonment dated 3-17-21 | | | | | |
| 35. UPLINK UNIT #1 (WITH EQUIPMENT LISTED ON EXHIBIT A | 75,000.00 | 75,000.00 | | 9,998.00 | FA |
| 2014 INTERNATIONAL TERRASTAR, VIN 1HTJSSKK7EH788960. Needs new chassis, Title Certificate- Tag #2X22180A (Located at office in Mobile) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 36. UPLINK UNIT #3 (WITH EQUIPMENT LISTED ON EXHIBIT B | 90,000.00 | 90,000.00 | | 9,998.00 | FA |
| 2003 FORD F-550 (Needs motor work, otherwise operational) VIN 1FDAF56F73EA19840 - Title certificate - Tag #2X22852A. Located at office in Mobile. See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 37. UPLINK UNIT #4 (WITH EQUIPMENT LISTED ON | 125,000.00 | 125,000.00 | | 14,999.00 | FA |

Estate Property Record

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 7

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY
Case Name: MOBILE SATELLITE CONNECTION, LLC
Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| EXHIBIT C<br>2005 HINO NE268 T, VIN JHBNE8JT951S11012. Has mixed SSPAs - (One original pair at vendor after repair, 2nd amp is Wavestream. Otherwise operational. Title certificate and Pictures. Tag # 2X22118A<br>(Located at Absolute Storage, 528 Maddox Dr., Suite 1, Elljay, GA 30540. Tel. # 706-276-2430) Chris Harper can assist with access. Storage bill paid through August.<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 38. UPLINK UNIT #5 (WITH EQUIPMENT LISTED ON EXHIBIT D<br>2015 INTERNATIONAL TERRASTAR - Fully operational. VIN #1HTJSSKK7FH740120 - Title Certificate - Tag #2X22179A (Includes Adtec Digital (2) EN MPEG-4 Encoders w/ 16 ch audio; Aterne Kyrion Dual encoder w/. 32-ch audio; Cobalt Digital Cobalt tray with 5 encoder cards and 5 DA cards; Adtec Digital (2) DTA 10-Ch Multiplexer, Adtec Digital RD-60, Adtec Digital RD-70 shown on Exhibit I)<br>(Located in San Jose, California) Actually located with Eric Kludt at 765 Dakota Dr., Morgan Hill, CA 95037, Email: ekludt@gmail.com, Tel # 615-522-8750<br>Unit has been moved to storage facility of GA Global Parters at 720 Las Animas Ave., Gilroy, CA 95020<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 5-10-21 | 100,000.00 | 100,000.00 | | 66,666.67 | FA |
| 39. UPLINK UNIT #6 (WITH EQUIPMENT LISTED ON EXHIBIT E<br>2015 INTERNATIONAL TERRASTAR - Fully operational - VIN #1HTJSSKK0FH740119 - Title Certificate and Pictures - Tag No. 2X22182A<br>(Located at Springhill Suites, 4385 Southside Blvd., Jacksonville, FL 32216) Billy Hyre or Randale Laxton are contacts who have access to the trucks.<br>Billy Hyre contact Info: Phoenix Uplink, LLC, 5318 Forest Park Drive, Mobile, AL 36618-2464. Tel # 251-421-3055, Email: billyhyre@gmail.com<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 5-10-21 | 100,000.00 | 100,000.00 | | 66,666.67 | FA |
| 40. UPLINK UNIT #7 (WITH EQUIPMENT LISTED ON | 100,000.00 | 100,000.00 | | 50,000.00 | FA |

| Case No: | 20-12079 HAC Judge: HENRY A. CALLAWAY |
|---|---|
| Case Name: | MOBILE SATELLITE CONNECTION, LLC |

Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 08/26/20 (f)
341(a) Meeting Date: 10/05/20
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| EXHIBIT F<br>2011 Hino Model #238T (Fully operational) - VIN #5PVNE8JT5B4S53504 - Title Certificate - Tag No. 2X22178A<br>(Located in Jacksonville, Florida) Unit is actually located in Mobile. (Includes Cobalt tray with 3 encoder cardes and 3 DA cards shown on Exhibit I)<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 5-10-21 | | | | | |
| 41. UPLINK UNIT #8 - NEEDS NEW MOTOR/CHASSIS<br>2006 HINO 268T, VIN # 5PVNE8JT762S50248 -Stripped of Equipment - Title Certificate - Tag No. 2X210727 LocatedAT 5355 Chicken Road, Lebanon, Tennessee.<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 15,000.00 | 15,000.00 | | 2,158.00 | FA |
| 42. UPLINK UNIT #9 (WITH EQUIPMENT LISTED ON EXHIBIT G<br>2000 FORD F550 DIESEL CUTAWAY, VIN 1FDAF56F9YEA27560 - MISSING TITLE CERTIFICATE -Tag No. 2X22099A<br>Minor engine leak, otherwise operational<br>Pictures provided in email.<br>(Located at Absolute Storage, 528 Maddox Dr., Suite 1, Elljay, GA 30540. Tel. # 706-276-2430) Chris Harper can assist with access. Storage bill paid through August.<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 100,000.00 | 100,000.00 | | 14,998.00 | FA |
| 43. UPLINK UNIT #10 (WITH EQUIPMENT LISTED ON EXHIBIT<br>H) - 2000 FORD F-550 SD PU (Fully operational) VIN 1FDAF56FXYED11599 - Title Certificate and Pictures - Tag No. 2X11517A<br>(Located at Springhill Suites, 4385 Southside Blvd., Jacksonville, FL 32216) Billy Hyre or Randale Laxton are contacts who have access to the trucks.<br>Billy Hyre contact Info: Phoenix Uplink, LLC, 5318 Forest Park Drive, Mobile, AL 36618-2464. Tel # 251-421-3055, Email: billyhyre@gmail.com<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 5-10-21 | 100,000.00 | 100,000.00 | | 66,666.66 | FA |

| Case No: | 20-12079 HAC Judge: HENRY A. CALLAWAY | Trustee Name: | LYNN HARWELL ANDREWS |
| --- | --- | --- | --- |
| Case Name: | MOBILE SATELLITE CONNECTION, LLC | Date Filed (f) or Converted (c): | 08/26/20 (f) |
| | | 341(a) Meeting Date: | 10/05/20 |
| | | Claims Bar Date: | 03/15/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 44. UPLINK UNIT 11 - 2011 HINO 238T<br>Fully operational (NO Exhibit with list of equipment) VIN 5PVNE8JT8B4S53576 - Title certificate - Tag No. 2X22074A<br>Located at office in Mobile. Exhibit provided later. (Includes (2) Adtec Digital EN 91 MPEG-4 Encoders w/ 16 ch audio shown on Exhibit I)<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 5-10-21 | 125,000.00 | 125,000.00 | | 50,000.00 | FA |
| 45. UPLINK UNIT #14 - NEEDS NEW MOTOR/CHASSIS 2001 FORD F550SD, Stripped of equjipment. VIN 1FDAF56F61EB24284 - MISSING TITLE CERTIFICATE - Tag No. 2X111809<br>Located at office in Mobile<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 10,000.00 | 10,000.00 | | 357.00 | FA |
| 46. 2.4m FLYAWAY ANTENNA (ANTENNA & MOUNT ONLY)<br>Located at office in Mobile<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 2,500.00 | 0.00 | | 460.70 | FA |
| 47. MISC. UPLINK EQUIPMENT LISTED ON EXHIBIT I<br>(secured to Brenda Humphreys, Hancock Whitney and Swift Financial)<br>See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 as to Adtec Digital (2) DTA 10-Ch Multiplexer; 3- Janus Potswap cell phones; Sony (2) XDCam Deck: PDWHD1500; Advantech C-Band SSPA Controller; Ku-Band SSPA Controller; C-Band 400W SSPA (needs repair); C-Band 400W SSPA; C-Band 400W SSPA; IFB Kit (x2); Teamcast (2) L-Band DVBS-2 Modulators; Newtec (1) AZ110 DVBS-2 Modulator; Newtec (2) 2177 DVBS-2 Modulators; (1) 2142 Combined Modulator/upconverter<br><br>Cobalt tray with 3 encoder cards and 3 DA cards included with sale of Uplink Unit #7 (Incorrectly described as having 5 encoder cards and 5 DA cards) - Report of Sale filed | 134,400.00 | 0.00 | | 5,141.44 | FA |

# Estate Property Record
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 10

Case No: 20-12079 HAC Judge: HENRY A. CALLAWAY  
Case Name: MOBILE SATELLITE CONNECTION, LLC  
Trustee Name: LYNN HARWELL ANDREWS  
Date Filed (f) or Converted (c): 08/26/20 (f)  
341(a) Meeting Date: 10/05/20  
Claims Bar Date: 03/15/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5-10-21 | | | | | |
| (2) Adtec Digital EN 91 MPEG-4 Encoders w/16 ch audio included with sale of Uplink Unit #11 - Report of Sale filed 5-10-21 | | | | | |
| Adtec Digital (2) EN MPEG-4 Encoders w/ 16 ch audio; Aterne Kyrion Dual encoder w/. 32-ch audio; Cobalt Digital Cobalt tray with 5 encoder cards and 5 DA cards; Adtec Digital (2) DTA 10-Ch Multiplexer, Adtec Digital RD-60, Adtec Digital RD-70 included with sale of Uplink Unit #5 - Report of Sale filed 5-10-21 | | | | | |
| 48. METAL WELDING TABLE (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 500.00 | 0.00 | | 92.15 | FA |
| 49. FIBERGLASS ANTENNA SHELL (secured to Brenda Humphreys, Hancock Whitney and Swift Financial) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1,000.00 | 0.00 | | 184.29 | FA |
| 50. REFUND OF CREDIT BALANCE ON U.S. PREMIUM FINANCE (u) ACCOUNT | 0.00 | 301.02 | | 301.02 | FA |
| 51. CANCELLED RETURN PREMIUM FROM FEDERAL (u) INSURANCE COMPANY | 0.00 | 821.00 | | 821.00 | FA |
| 52. FCC License for E970256 File No.: SES-RWL-20080620 (Uplink Unit 1) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 53. FCC License for E970257 File No.: SES-RWL-20070510 (Uplink Unit 1) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 54. FCC License for E980045 File No.: SES-RWL-20071213-01695 Expires 1/9/2023 (Uplink Unit 3) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 55. FCC License for E980048 File No.: SESRWL-20071213- | 1.00 | 1.00 | | 1.00 | FA |

| Case No: | 20-12079 HAC Judge: HENRY A. CALLAWAY | Trustee Name: | LYNN HARWELL ANDREWS |
| --- | --- | --- | --- |
| Case Name: | MOBILE SATELLITE CONNECTION, LLC | Date Filed (f) or Converted (c): | 08/26/20 (f) |
| | | 341(a) Meeting Date: | 10/05/20 |
| | | Claims Bar Date: | 03/15/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 01696 Expires 1/9/2023 (Uplink Unit 3) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | | | | | |
| 56. FCC License for E890643 File No: SES-RWL-20080520-00662 Expires 7/7/2023 (Uplink Unit 4) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 0.00 | | 1.00 | FA |
| 57. FCC License for #030046, File No. SES-RWL-20180423-00389 (Uplink Unit 8) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 58. FCC License for E020137 File No. SES-LIC-20020522-00825 Expires 8/26/2032 (Uplink Unit 9) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 59. FCC License for E990516 File No.: SES-RWL-20100105-00004 Expires 1/28/2025 (Uplink Unit 9) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 60. FCC License for E02050, File No. SES-LIC-20020909-01560, Expires 12/2/2032 (Uplink Unit 14) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 61. FCC License for E020252, File No. SES-LIC-20020909-01562 Expires 11/5/2032 (Uplink Unit 14) See motion to sell free and clear of liens filed 12-29-20; Order on motion to sell dated 1-26-21 and Report of Sale filed 2-20-21 | 1.00 | 1.00 | | 1.00 | FA |
| 62. FCC License for E970441 File No.: SES-RWL-20071024-01460 Expires 11/14/2022 Order Approving Abandonment dated 8-24-21 | 1.00 | 1.00 | OA | 0.00 | FA |
| 63. FCC License for E970442 File No.: SES-RWL-20071024-01458 Expires 12/5/2022 Order Approving Abandonment dated 8-24-21 | 1.00 | 1.00 | OA | 0.00 | FA |
| 64. MISC. FILES AND RECORD (u) Order Approving Abandonment dated 3-17-21 | 0.00 | 0.00 | OA | 0.00 | FA |

| | | | | | Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,147,437.93 | $978,199.02 | | $368,614.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 20-12079　HAC　Judge: HENRY A. CALLAWAY | Trustee Name: | LYNN HARWELL ANDREWS |
| Case Name: | MOBILE SATELLITE CONNECTION, LLC | Date Filed (f) or Converted (c): | 08/26/20 (f) |
| | | 341(a) Meeting Date: | 10/05/20 |
| | | Claims Bar Date: | 03/15/21 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filing final tax returns for 2021. As soon as the tax returns are filed, the case should be ready for a final report.

Initial Projected Date of Final Report (TFR): 10/31/21     Current Projected Date of Final Report (TFR): 05/31/22

　　　/s/　　LYNN HARWELL ANDREWS
_____ Date: 02/11/22
　　　LYNN HARWELL ANDREWS